UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Jabrelle Posey,  
    Debtor.

Case No. 17−30302  
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 27, 2017 at 09:00 AM

to consider and act upon the following:

*26* − Motion to Excuse Plan payments filed by Richard D. Shinbaum on behalf of Jabrelle Posey. (Shinbaum, Richard)

Dated November 17, 2017

*(signature)*

Juan−Carlos Guerrero  
Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 1127-2    User: jmclain    Page 1 of 1    Date Rcvd: Nov 17, 2017
                 Form ID: ntchrgBK    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db           +Jabrelle Posey,    1517 Gibson Street,    Montgomery, AL 36110-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
            Bankruptcy Administrator    ba@almb.uscourts.gov
            Richard D. Shinbaum    on behalf of Debtor Jabrelle  Posey rshinbaum@smclegal.com,
             scarter@smclegal.com;cthornton@smclegal.com
            Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                                       TOTAL: 3