UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                  Case No. 17-30302-DHW
                                                                       Chapter 13

JABRELLE POSEY,

    Debtor.

### ORDER GRANTING MOTION TO EXCUSE PLAN PAYMENTS

The debtor filed a motion to suspend payments to the trustee for a period of the months of October, November, and December 2017. The motion came on for hearing on November 27, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and plan payments are suspended for the months of October, November, and December 2017.

Done this 27th day of November, 2017.

/s/ Dwight A. Williams, Jr.
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee