# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

**IN RE: JABRELLE POSEY,**  **CHAPTER 13 CASE**
  **NO. 17-30302**
**Debtor.**

## MOTION FOR RELIEF FROM STAY

COMES NOW, Lindbergh Johnson and Daryl Mack, by and through their undersigned attorney, and respectfully moves this Honorable Court to enter an order for relief from automatic stay and lifting the automatic stay to allow Movant to proceed with its litigation styled Lindbergh Johnson and Daryl Mack v. Kendrell K. Wigfall and Jabrelle Posey al., in the Circuit Court of Montgomery County, Alabama, Case Number CV-2017-901885.

As grounds the Movant states as follows:

1. Movant filed a lawsuit against Debtor on December 1, 2017. Jabrelle Posey was served December 13, 2017.

2. Attorney for the Debtor filed a Motion for Stay/Suggestion of Bankruptcy in the Circuit Court for Montgomery County, Alabama on January 26, 2018 and requested that court to place case number CV-2017-901885 on its administrative docket.

3. Movant wishes leave to proceed with said lawsuit in order to obtain a judgment against Debtor for the sole purpose of obtaining monetary relief from a policy of insurance issued Jabrelle Posey by ACCC Insurance Company. Said policy is number AL02831345, and was in full force and effect on the date of the accident made the above-reference lawsuit.

4. Movant shall not proceed with collection of any judgment obtained against Jabrelle Posey assuming final discharge is entered, but shall pursue such claims from said ACCC Insurance Company policy benefits issued to him, only.

WHEREFORE, Movant further prays that, upon final hearing of this Motion for Relief from Stay, the stay be lifted immediately and that the Court further order that the fourteen day stay of Rule 4001 (a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply.

Done this the 7th day of February, 2018.

/s/Steven P. Floyd
Steven P. Floyd [FLO025]

**OF COUNSEL:**
Floyd, Hunter, Kies & White, P.C.
4761 Main Street
P.O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
(334) 285-4552
sfloyd@floydhunter.com

## **CERTIFICATE OF SERVICE**

I, Steven P. Floyd, certify that I have served a copy of the foregoing MOTION FOR RELIEF FROM STAY on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 7th day of February, 2018.

Rick Howard Esq.
Megan K. McCarthy
Holtsford, Gilliland, Higgins, Hitson & Howard, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128
Telephone: (334) 215-8585
*Attorney for Defendant Posey*

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
334-269-4440

Sabrina McKinney
Chapter 13 Trustee (acting)
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL  36104

                                                  /s/ Steven P. Floyd
                                                  OF COUNSEL